# Court of Appeals
# of the State of Georgia

ATLANTA,  April 23, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0647. KENNETH BERMAN v. CITY OF ATLANTA.

Kenneth Berman contested his water bill with the Atlanta Water and Sewer Appeals Board (the "Board"). After the Board denied his appeal, Berman filed a petition for review with the superior court, which the superior court denied. Berman then filed this direct appeal. We lack jurisdiction for at least two reasons.

First, appeals from decisions of the superior courts reviewing decisions of state or local administrative agencies must come by discretionary application. See OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, Berman was required to file an application for discretionary appeal in this Court. See OCGA § 5-6-35 (a) (1).

Second, even if a direct appeal were proper, Berman's appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. See OCGA § 5-6-38 (a). Here, however, Berman filed his notice of appeal 31 days after entry of the trial court's order. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020).

For these reasons, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __04/23/2025__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*